IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RONNIE VINCENT QUANN, DEVON BATISTA, WILLIAM MAY, SHARIEF CLAYTON, ROBERT BORDERS, KYLE MIKELL-GIVENS, and SHAHEED BAILEY,

        Plaintiffs,

    vs.

THE SUMMIT SCHOOL, INC. T/D/B/A THE ACADEMY SCHOOLS, T/D/B/A THE SUMMIT ACADEMY, and JOHN/JANE DOES 1-100,

        Defendants.

No.: 2:23-cv-00808-MSG

*Electronically Filed*

## DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1

Defendant, The Summit School, Inc. t/d/b/a The Summit Academy, in the above listed civil action is a non-governmental corporate party and states that it is a Pennsylvania non-profit corporation that does not have any parent corporation and there is no publicly held corporation that owns 10% or more of its stock.

/s/ Joseph F. Butcher
George N. Stewart (#39362)
E-Mail: stewart@zklaw.com
Joseph F. Butcher (#86464)
E-Mail: butcher@zklaw.com
Kerri Shimborske-Abel (#93011)
E-Mail: shimborske-abel@zklaw.com

Zimmer Kunz PLLC
310 Grant Street, Suite 3000
Grant Building
Pittsburgh PA, 15219
Tel: (412) 434-5449
Fax: (412) 281-1765

02490723.DOCX 6275-0778

David A. Strassburger
Pa. ID. No. 76027
Kathryn L. Clark
Pa. ID. No. 80201
Strassburger McKenna Gutnick & Gefsky
Four Gateway Center, Suite 2200
444 Liberty Avenue
Pittsburgh, PA 15222
T - (412) 281-5423
F - (412) 281-8264

*Counsel for Defendant, The Summit
School, Inc. t/d/b/a The Summit
Academy (and incorrectly identified as
The Summit School, Inc. t/d/b/a The
Academy Schools)*

02490723.DOCX 6275-0778

CERTIFICATE OF SERVICE


This is to certify that a true and correct copy of the Disclosure Statement was forwarded to all counsel of record electronically through the Court's ECF System on the 21st day of April, 2023 as follows:


David Wesley Cornish, Esquire
Cornerstone Legal Group, LLC
230 South Broad Street, 17th Floor
Philadelphia, PA 19102
*Counsel for Plaintiffs*

Michael T. van der Veen, Esquire
Jerry A. Lindheim, Esquire
Van der Veen, Hartshorn & Levin
1219 Spruce Street
Philadelphia, PA 19107
*Counsel for Plaintiffs*


Respectfully submitted,


/s/ Joseph F. Butcher
Joseph F. Butcher (#86464)
E-Mail: butcher@zklaw.com
Zimmer Kunz PLLC
310 Grant Street, Suite 3000
The Grant Building
Pittsburgh PA, 15219
Tel: (412) 434-5449
Fax: (412) 281-1765

*Counsel for Defendant, The Summit School, Inc. t/d/b/a The Summit Academy (and incorrectly identified as The Summit School, Inc. t/d/b/a The Academy Schools)*


02490723.DOCX 6275-0778